IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 96-cr-00315-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOROTEO A GARCIA,

    Defendant.

and

QWEST CORPORATION,

    Garnishee.

---

ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on June 4, 2007 in this case is GRANTED.

ORDERED and entered this 23rd day of August, 2007.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
AUG 2 4 2007
LANGHAM
CLERK